Hallows, J.
(dissenting). The functional integrality, general unity, and physical proximity of the two plants constituted a single establishment under Spielmann v. Industrial Comm. (1940), 236 Wis. 240, 295 N. W. 1. I cannot agree that the integration of production was not sufficient to satisfy the test. The majority opinion does not give sufficient consideration to the vertical integration and unity of management. There is little logic in the argument that purchase of the Appleton plant in order to control the supply of chemical pulp needed, plus its integration in the business of the appellant, was not sufficient to meet the requirements of functional integrality and general unity in the test. Large, modern businesses are not normally conducted in one building. Their economic life depends upon the source of the raw material and supplies and here, as in many cases, this source was owned and was an integral part of the company producing the end product. It is immaterial that the output of the Appleton plant could have been sold to others.
The majority opinion ultimately resolves itself down to the fact that the distance between the two plants was too great. Under modern means of transportation, the distance of 80 miles is not such an element as to change the concept of “establishment” to that of “plant.” In construing the word “establishment” the majority opinion argues that if the legislature meant all plants it would not have used the word “establishment.” Similar logic compels the statement that if the legislature had meant “plant” it would not have used the word “establishment.” When the legislature *371 did not pass Bill No. 273, A., in the 1951 session, it must have been satisfied that places of work more than 10 miles apart could constitute a single establishment. I believe the Industrial Commission was correct in applying the rule of the Spielmann Case to the facts and, therefore, I would reverse.